**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES ALVIN JONES,**<br>              **Petitioner,** | **CIVIL ACTION** |
| **v.** | |
| **JOSEPH TERRA, et al.,**<br>              **Respondents.** | **NO.  2017-CV-4699** |

## O R D E R

**AND NOW**, this 12th day of May, 2026, upon careful and independent consideration of Petitioner James Alvin Jones' Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1) and the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (ECF No. 26), and there being no timely objection filed by Petitioner, it is **HEREBY ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED.**

2. The Petition for Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

4. The Clerks Office shall mark this case closed and terminate this action.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**